**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Harrisonburg Division**

| | |
|---|---|
| **In re: Robert Locke Elliott, Jr.** | **CASE NO. 18–50010** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 4/5/18

*Rebecca B Connelly*
REBECCA B. CONNELLY, JUDGE

van02.jsp

```
                                  United States Bankruptcy Court
                                   Western District of Virginia
In re:                                                                                  Case No. 18-50010-rbc
Robert Locke Elliott, Jr.                                                               Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0423-5           User: spitzera                Page 1 of 2                  Date Rcvd: Apr 05, 2018
                               Form ID: van02                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             +Robert Locke Elliott, Jr.,    4 Weems Lane,   Box 203,    Winchester, VA 22601-3602
cr             +Wells Fargo Bank, National Association, as Trustee,    Shapiro & Brown, LLP,
                 501 Independence Pkwy,    Suite 203,   Chesapeake, VA 23320-5174
4531875        +Carolyn Fitzwater, Esq.,    11 S. Cameron Street,    Winchester, VA 22601-4731
4542999        +Commonwealth of Virginia,    102 Governor Street, Rm 205,    Richmond, VA 23219-3676
4556787         Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
4531880        +Erin Elliott,    149 Lexington Court,    Stephens City, VA 22655-3819
4543004        +Frederick County Circuit Court,    5 North Kent Street,    Winchester, VA 22601-5037
4562024         Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, Florida 33416-4605
4543005        +Office of the Attorney General,    Commonwealth of Virginia,    202 North Ninth Street,
                 Richmond, VA 23219-3424
4543000        +RCI North America,    9998 N. Michigan Rd,    Carmel, IN 46032-7766
4543001        +Sareen & Assoc Inc.,    1013 Aylor Rd,    Stephens City, VA 22655-3116
4547190        +Shapiro & Brown, LLP,    501 Independence Parkway, Ste 203,    Chesapeake, VA 23320-5174
4543002        +Valley Health,    220 Campus Blvd, Ste 310,    Winchester, VA 22601-2889
4531887         Virginia Department of Taxation,    Office of Compliance,    PO Box 27407,
                 Richmond, VA 23261-7407
4543003        +Winchester Medical Center,    Valley Health,    1840 Amherst Street,   Winchester, VA 22601-2808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4531877        +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Apr 05 2018 21:35:45     Comcast,
                 One Comcast Center,    Philadelphia, PA 19103-2899
4531878        +EDI: CONVERGENT.COM Apr 06 2018 01:39:00      Convergent Outsourcing, Inc,    Po Box 9004,
                 Renton, WA 98057-9004
4531876         E-mail/Text: bankruptcy@dss.virginia.gov Apr 05 2018 21:35:41     Child Support Va,
                 Bk Unit/DCSE,    2001 Maywill St Ste. 104,    Richmond, VA 23230
4531879        +E-mail/Text: bknotice@ercbpo.com Apr 05 2018 21:35:43     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4531881        +EDI: PHINAMERI.COM Apr 06 2018 01:38:00      GM Financial,    PO Box 183593,
                 Arlington, TX 76096-3593
4531882         EDI: IRS.COM Apr 06 2018 01:39:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
4531883        +Fax: 407-737-5634 Apr 06 2018 08:36:13      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
4568123         E-mail/Text: ebn@vativrecovery.com Apr 05 2018 21:35:39     PALISADES COLLECTIONS, LLC,
                 VATIV RECOVERY SOLUTIONS LLC,    P.O. BOX 40728,    HOUSTON, TX 77240-0728
4531885         EDI: NEXTEL.COM Apr 06 2018 01:38:00      Sprint,   6200 Sprint Pkwy,    Overland Park, KS 66251
4531886        +E-mail/Text: bkr@taxva.com Apr 05 2018 21:35:45     Virginia Department of Taxation,
                 Taxing Authority Consulting Svcs PC,    PO Box 2156,   Richmond, VA 23218-2156
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4562113*        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, Florida 33416-4605
4562167*        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, Florida 33416-4605
4531884       ##Ocwen Loan Servicing, LLC.,    ATTN: Customer Service Department,    PO Box 785057,
                 Orlando, FL 32878-5057
                                                                                      TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0423-5          User: spitzera          Page 2 of 2          Date Rcvd: Apr 05, 2018
                              Form ID: van02          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:

```
          Beth C Driver    on behalf of Debtor Robert Locke Elliott, Jr. bdriver@hooverpenrod.com,
           hpnotices@gmail.com;shammack@hooverpenrod.com;hooverpenrodign@gmail.com;r44558@notify.bestcase.co
           m
          Herbert L Beskin(82)    hbeskin@cvillech13.net,  bss@cvillech13.net
          Malcolm Brooks Savage, III    on behalf of Creditor    Wells Fargo Bank, National Association, as
           Trustee for Carrington Mortgage Loan Trust, Series 2006-OPT1, Asset Backed Pass-Through
           Certificates, Series 2006-OPT1 vabecf@logs.com
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                              TOTAL: 4
```